# EXHIBIT

A

----------



## Legal Services Agreement

__Jennifer P.B. Sachs__ ("Client") and Scott K. Turner, Esq. on behalf of Turner Independent Law Firm, P.C. ("Attorney") hereby enter into this agreement regarding the retention of Attorney by Client to provide legal advice and services:

**A. Client:** The client is __Jennifer P.B. Sachs__. Mailing Address: Street/Apt.: __12603 Denmark Dr.__ City/State: __Oak Hill, VA__ Zip Code: __20171__
Client email is __jennifersachs@aol.com__. Client Phone is __917-405-3271__.
Client Date of Birth is __09__/__26__/__71__. Client Soc. Sec # is __231__-__25__-__05065__.

**B. Attorney:** The Attorney is Scott K. Turner, Esq., who is licensed to practice law in all jurisdictions relevant to this matter. Attorney is authorized to fully investigate client's claims, engage in pre-suit negotiations and should client attorney file suit, engage in arbitration, mediation, or other legal proceedings on client's behalf to fully prepare for and prosecute the same.

If Attorney practices with others who may also provide services to Client, he or she understands that Client expects that Attorney will be responsible for managing the representation, assuring compliance of others with the terms of this agreement and ethical requirements, preparing and substantiating all bills, and communicating with Client.

**C. Matter:** Attorney has been retained by Client in connection with the following claims, defenses, or matters: __CV-01-663__

Attorney represents that he is competent and available to handle each matter with the following limitations to scope and terms:

1. Limitations to scope of representation: Scope of representation is limited to the aforementioned matters alone and does not include legal services after the judgment of the trial court, administrative actions, appeals of the trial court, or enforcement of and judgment or orders of the trial court.
2. Term of representation: This representation is effective __9-8-2011__ [Insert date--need not be date agreement is signed.] The representation shall continue until terminated by either party in accordance with ethical requirements.

A

**D. Retainer:** Attorney will receive a classic retainer in the amount of $ 2,500 (broken down into 2 payments, payable by October 15, 2011) before beginning work on the matter to retain legal services. A monthly retainer of $ 300 will be payable monthly, beginning April 8, 2012 until the case is resolved. The retainer is earned upon receipt.

**E. Contingency Fee:** Client agrees that Attorney shall receive a simple fee equal to 30% of any net recovery which comes from settlement, compromise, or judgment. Net recovery means that any expenses advanced for the case are deducted "off the top" of a recovery and paid back to the payor and then the percentage is applied to the remainder of the settlement.

The contingency fee becomes enforceable with the signing of this agreement and includes that which occurs before, during, or after the time in which a lawsuit if filed to include any recovery obtained in negotiation, mediation, arbitration, settlement, compromise, judgment, other.

Client agrees that Attorney may use a charging lien to secure an interest in any recovery that arises out of the subject matter of this claim to enforce the contingent fee.

**F. Billing of Expenses:** Attorney shall provide client with periodic billing/accounting of expenses:

- Bill format: Attorney will use task based format for bills.
- Client understands that Attorney may stop working on the matter if client fails to comply with payment terms, including withdrawal from the matter.

1. Expenses: Client is responsible for all expenses as they are incurred to include, but not limited to, copying, document management, monthly case management fee, reports, filing fees, depositions, investigators, court reporter fees, service, subpoenas, unless otherwise stipulated even in the event of a loss.

2. Expenses after termination: Upon termination of the representation, Attorney shall promptly provide client with a final accounting of his expenses incurred. Client is responsible for payment up to termination.

**G. Confidentiality and public relations:** Attorney is not authorized to waive or release any privilege or other protection of information, confidential, secret, or otherwise, obtained from or on behalf Client. Attorney is to keep all confidential, privileged, or secret information confidential. This requirement is perpetual, i.e., it will continue even after the termination of the relationship and this Agreement.

**H. Ownership of Attorney files and work product:** Attorney understands that all files are the property of Client and will be available for return to client within 60 days of the conclusion of service to avoid reasonable storage fees.

**I. Dispute resolution:** In the event a dispute arises between client and attorney relating to fees, client agrees to arbitrate the dispute under Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

**J. Governing law, modification of this Agreement, entire agreement:** This Agreement is to be interpreted in accordance with the laws of New York and with the ethical requirements of that jurisdiction. The Agreement may not be modified in any way without the express, written agreement of both parties. This represents the entire agreement of the parties.

**K. Client will receive a copy of Client's Rights and a copy of Client's responsibilities during the initial consultation.**

**L. No Guarantee.** No law firm can guarantee results. Turner Independent Law Firm, P.C. agrees to provide competent and diligent representation at all times and will seek solutions which are just and reasonable to serve client's interests.

**M. Signatures: This agreement is a contract between client and attorney.** If this agreement expresses your clear understanding of our contract, please sign below where indicated, and it will constitute not only our Agreement, but also my full authorization to act in your behalf as your counsel.

Client: *[signature]*      Dated: 9-8-2011

Attorney: Scott K. Turner, Esq., for Turner Independent Law Firm, P.C.      Dated: 9·8·11