# EXHIBIT

B

----------



# Turner Independent Law, P.C.

295 Greenwich St. #535
New York, NY 10007

Jennifer Sachs

## 2011-9-00064

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/07/2012 | Outstanding Fees: April, May, June, July 2012 | 4.00 | $300.00 | $1,200.00 |
| Service | 08/07/2012 | L250 Summary Judgment Reply: Summary Judgement Reply S&W | 8.00 | $175.00 | $1,400.00 |
| Service | 08/07/2012 | L250 Summary Judgment Reply: Summary Judgment Reply NYPD | 8.00 | $175.00 | $1,400.00 |
| Service | 08/07/2012 | Settlement Offers | 3.00 | $175.00 | $525.00 |
| Service | 08/07/2012 | Court Hearings | 6.00 | $175.00 | $1,050.00 |
| Service | 08/07/2012 | Motion to Withdraw: Two motions | 7.00 | $175.00 | $1,225.00 |
| Service | 08/07/2012 | Case Communications: email, phone, in-person case related communications | 25.00 | $175.00 | $4,375.00 |
| Service | 08/07/2012 | Due Diligence of Defendants Court Filings | 10.00 | $175.00 | $1,750.00 |
| Service | 08/07/2012 | L250 Other Written Motions and Submissions: Spoliation Motion | 25.00 | $175.00 | $4,375.00 |
| Service | 08/07/2012 | L350 Document Review L1: Case Files | 50.00 | $175.00 | $8,750.00 |
| Service | 08/07/2012 | L250 Summary Judgement Motion: Summary Judgement Motion S&W | 40.00 | $175.00 | $7,000.00 |
| Service | 08/07/2012 | L250 Summary Judgment Motion: Summary Judgment Motion NYPD | 40.00 | $175.00 | $7,000.00 |
| Service | 08/07/2012 | Case Administration: copying, filing | 30.00 | $75.00 | $2,250.00 |
| Service | 08/07/2012 | L250 Other Motions: Spoliation Reply | 5.00 | $175.00 | $875.00 |
| | | | | Total | $43,175.00 |

# INVOICE

Invoice # 65
Date: 08/06/2012
Due On: 08/21/2012


B

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 65 | 08/21/2012 | $43,175.00 | $0.00 | $43,175.00 |
| | | | **Outstanding Balance** | **$43,175.00** |
| | | | **Total Amount Outstanding** | **$43,175.00** |

Please make all payments immediately upon receipt by going online at www.turnerindependentlaw.com clicking on the payment button and entering your credit or debit card information. Payments can also be received by phone.

B